STACEY LYNN HICKS
181 CR 1830
ROSE HILL, MS 39356

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM
443 IRVING DR
BURBANK, CA 91504

ALLIED INTERSTATE
PO BOX 5002
FOGELSVILLE, PA 18051

BELMONT FINANCE
300 PLOVER RD
PLOVER, WI 54467

BRIDGECREST
ATTN: BANKRUPTCY
PO BOX 53087 SUITE 100
PHOENIX, AZ 85072

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

CELTIC
440 N WOLFE RD
SUNNYVALE, CA 94085

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

FORTIVA
ATTN: BANKRUPTCY
P.O. BOX 105555
ATLANTA, GA 30348

FREEDOM MORTGAGE
ATTN: BANKRUPTCY
951 YAMATO RD STE 175
BOCA RATON, FL 33431

HARLEY DAVIDSON
ATTN: BANKRUPTCY
PO BOX 22048
CARSON CITY, NV 89721

HEIGHTS FINANCE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

JAMAE GADDIS
138 CLINTON RD
MOSELLE, MS 39459

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MERRICK BANK
P.O. BOX 9201
OLD BETHPAGE, NY 11804

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

NATIONWIDE
4500 E SUNSET RD
HENDERSON, NV 89014

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

WAY POINT
1065 W LEVOY
SALT LAKE CITY, UT 84123